# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

L.C.,

    Plaintiff,

v.                                                   Case No. 8:18-cv-1066-T-23AAS

PINELLAS COUNTY SCHOOL BOARD,

    Defendant.
_____/

## ORDER

L.C. moves for an extension of time to submit the amended complaint currently due December 31, 2018. (Docs. 34, 35). L.C. requests the court extend the deadline to January 7, 2019, because counsel have multiple deadlines and obligations over the upcoming holidays. (Doc. 35).

Pinellas County School Board (School Board) opposes L.C.'s requested extension. (Doc. 36). The School Board points out it has five depositions scheduled to occur before L.C. serves the amended complaint: three depositions on January 4th and two depositions on January 7th. (*Id.*). The parties also have three depositions scheduled shortly after January 7th: one on January 9th and two on January 10th. (*Id.*). According to the School Board, conducting these depositions before and shortly after L.C. submits the amended complaint will prejudice the School Board and rescheduling them is difficult because the parties have nineteen depositions scheduled in January. (*Id.*).

A court may grant an extension of time for good cause. Fed. R. Civ. P. 6(b)(1). When a party moves for an extension of time before the applicable deadline passes, the court should normally grant the extension absent bad faith or prejudice to the adverse party. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (citation omitted); *Rachel v. Trout,* 820 F.3d 390, 394 (10th Cir. 2016).

L.C.'s counsel's deadlines and obligations over the holidays establish sufficient good cause for granting the requested brief extension. Sufficient good cause also exists to extend the parties' current discovery deadlines (Doc. 33) and the undersigned will conduct a discovery conference in response to School Board's request for one. (Doc. 32).

The following is therefore **ORDERED**:

1. L.C.'s motion for an extension of time to submit the amended complaint (Doc. 35) is **GRANTED**. The amended complaint is due **January 7, 2019**.

2. The School Board's motion for a discovery conference (Doc. 32) is **GRANTED**. The parties must submit a joint notice by **January 4, 2019,** advising the undersigned of their selected date for the discovery conference from among the following choices:

   - January 9th at 3:15 p.m.
   - January 10th at 1:00 p.m. or 2:00 p.m.
   - January 14th at 10:00 a.m. or 11:00 a.m.

- January 15th at 11:00 a.m.

- January 16th at 11:00 a.m.

- January 18th at 10:00 a.m. or 11:00 a.m.

3. The parties' joint motion to extend discovery deadlines (Doc. 33) is **GRANTED**.

**ENTERED** in Tampa, Florida, on December 21, 2018.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge