UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

L.C., individually and on behalf of
G.C., a minor,

    Plaintiff,                                              Case No. 8:18-cv-1066-T-23AAS

v.

PINELLAS COUNTY SCHOOL BOARD,

    Defendant.
_____/

## AMENDED NOTICE OF SETTLEMENT

Plaintiffs, L.C., individually and on behalf of G.C., a minor, by and through the undersigned counsel hereby notifies this court that the Parties have settled this matter. This matter involves a minor. The parties will file within 30 business days appropriate motions for the appointment of a guardian for the minor plaintiff, G.C., Court approval of the settlement as required pursuant to Florida Statutes Section 744.387, and entry of a stipulated final order of dismissal.

Respectfully submitted this 12th day of March, 2019.

| By: */s/Stephanie Langer* | By: */s/ Patrick M. Causey* |
|---|---|
| Stephanie Langer, Esq. | Charles M. Harris, Jr. |
| Fla. Bar No.: 149720 | charris@trenam.com; |
| DISABILITY INDEPENDENCE GROUP, INC. | gkesinger@trenam.com; |
| 2990 Southwest 35th Avenue | ohoeppner@trenam.com; |
| Miami, Florida 33133 | Beth A. Cronin |
| Telephone (305) 669-2822 | bcronin@trenam.com; slord@trenam.com |
| Facsimile (305) 442-4181 | Patrick M. Causey |
| slanger@justdigit.org | pcausey@trenam.com; jstraw@trenam.com |
| aa@justdigit.org | 200 Central Avenue, Suite 1600 |
|  | St. Petersburg, FL 33701 |
|  | 727-896-7171 / 727-822-8048 (facsimile) |
| *Counsel for Plaintiffs* | *Counsel for Defendant School Board* |

*Disability Independence Group, Inc. * 2990 Southwest 35th Avenue * Miami, Florida 33133*

*S.P., et al. v. Broward County School Board*
*Case No. 18-cv-62772-BB*
*Page 2 of 2*

|  |  |
|---|---|
| Dan Kaufman<br>Asnis, Srebnick & Kaufmann, L.L.C.<br>1580 Sawgrass Corporate Parkway<br>Suite 401<br>Sunrise, Florida 33323<br>Phone: 954-838-8300<br>Dlklaw90@gmail.com<br><br>*Attorneys for Plaintiffs* (co-counsel) |  |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

DISABILITY INDEPENDENCE GROUP, INC.
2990 Southwest 35th Avenue
Miami, Florida 33133
Telephone: (305) 669-2822
Facsimile: (305) 442-4181
Mail:    slanger@justdigit.org
         aa@justdigit.org

By:     /s/ *Stephanie Langer*
        Stephanie Langer
        Fla. Bar No. 149720
