UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

T.C., individually and on behalf of
G.C., a minor,

    Plaintiff,                                    Case No. 8:18-cv-1066-T-23AAS

v.

PINELLAS COUNTY SCHOOL BOARD,

    Defendant.
_____/

## AMENDED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, T.C., on behalf of G.C. a minor, and by and through the undersigned counsel, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and in accordance with the parties' written settlement agreement, gives its notice of DISMISSAL WITH PREJUDICE of the above style action against the named Defendant, with each party bearing their own attorneys' fees and costs, except as otherwise agreed to by the parties.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to all parties and counsel of record, or in some other authorized manner for those counsel or parties who are not authorized to receive notices electronically.

                                                    By:  *Stephanie L. Langer*
                                                          Stephanie Langer, Esq.
                                                          FBN. 149720
                                                          Disability Independence Group, Inc.
                                                          2990 SW 35th Avenue
                                                          Miami, FL 33133
                                                          slnager@justdigit.org
                                                          aa@justdigit.org